**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 290 MAL 2019
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
PENELOPE VERONIKIS, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.